PRINTOGRAPH SALES CO. v. AMERICAN ADDRESSING & MAILING CO.

(Supreme Court, Appellate Division, ·First Department. February 13, 1914.)

ABATEMENT AND REVIVAL (§ 39*)—DISSOLUTION OF CORPORATION.

The dissolution of defendant corporation abates an action against it, and no proceeding can be taken in the action until it is revived, and hence an appeal from the refusal to declare the action abated and to cancel a bond given to discharge an attachment will be dismissed.

[Ed. Note.—For other cases, see Abatement and Revival, Cent. Dig. §§ 194–204; Dec. Dig. § 39.*]

Appeal from Special Term, New York County.

Action by the Printograph Sales Company against the American Addressing & Mailing Company. From an order denying a motion to abate the action or to cancel the bond given to discharge an attachment, defendant appeals. Appeal dismissed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

E. Crosby Kindleberger, of New York City, for appellant.
David H. Bilder, of Paterson, N. J., for respondent.

PER CURIAM. The appeal is dismissed, upon the ground that the dissolution of the defendant corporation abates the action, and no proceeding can be taken in it until the action is revived.

Appeal dismissed, with $10 costs and disbursements.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes